**FILED**

JUL 2 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1   YOUR NAME   Rocky M. Contreras
    YOUR ADDRESS   519 S. Stevenson st. Apt#C, Visalia, California. 93277
2   YOUR TELEPHONE NUMBER   559-622-8581

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA
                      (Must start on line 8 or below)
10

11  Rocky M. Contreras                    )
                                          )
12                                        )        '08 CV 1362 DMS WMc
                                          )
13              -v-                        )        Case No. _____
    Omar Vazquez, U.S.C.G.                )             (To be assigned at time of filing)
14  (LT), et al.,                         )
                                          )
15                                        )
                                          )        COMPLAINT FOR (Brief description of document)
16  _____ )

17                                             Docket Number: 07-0173.U.S.C.G. Activity Number: 2892224

18  Plaintiff alleges:
        The U.S.C.G Filed initial complaint against plaintiff on 03-29-07 Alleging 3 Acts of misconduct.Note:
        (LT) Vazquez was threatening the plaintiff to plead quilty to the charges or more charges will be
19      filed against the plaintiff, this threat caused problems between the both of us via telephone, plaintiff
        was then and still is maintaining his innocence before homeland security regarding the original
        allegations and new allegations., during this time the plaintiff and wife were suffering from loss of
20      life, wife miscarried dated 05-11-07. (LT) Vazquez also, violated the plaintiffs right to participate in
        the due process of law, regarding the pre-trial conference hearing with ALJ; McKenna. which is my
21      VI Amendment right, Note: this case is related to Docket Number 08CV0044 BEN (WMC), but will
        be legally pursued, (sued) separately in the higher court. plaintiff believed that he was authoprized
22      to protect his self freely because he hadnt representaion. Note: the other law Suit against the ALJ
        McKenna is an entrappment case. Note: (LT) Vazquez is caught on tape violating my right(s) to
23      participate in pre-trial conference hearing with the ALJ McKenna. plaintiff contends that the tape
        recording is admissible in accordance to United States v. Nixon, 418 U.S. 683; and United States v.
24      Zepeda-Lopez, No. 05-4246 United States Court of Appeals for the Tenth Circuit; Calif penal code
        section 1385 applies to the entrappment and is material to the act caught on tape in accordance to
        38 U.S.C. Section 7105(c); and 38 U.S.C. Section 5108. Also Note: Woo Wai v. United States (223
25      F412 (9th Circuit 1915); and United States v. Howell, 37 F.3d 1197,1204 (1994). also, Note: their
        has been much pain and suffering due to the illegal actions from the (LT) Vazquez of the U.S.C.G.
26      plaintiff contends that all charges against him in the homeland security matter should and/or must
        be dismissed due to the illegal activity against me from the U.S. Coast Guard. Note: More Statutes
27      will follow in an amended motion.

28  ::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

**FILED**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

JUL 2 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ 9MB _____ DEPUTY

**I (a) PLAINTIFFS**

CONTRERAS ROCKY
ABLE seaman
U.S MERCHANT SAILOR.

**DEFENDANTS**

VAZQUEZ OM2(LT), et al

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Tulare
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** San diego
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**ATTORNEYS (IF KNOWN)**

'08 CV 1362 DMS WMc

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question
  (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
**(For Diversity Cases Only)    FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | | | Incorporated or Principal Place of Business in This State | | |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)**

UNITED STATES V. Nixon 418 U.S. 683; UNITED STATES V. Zepeda-Lopez NO. 05-4246 UNITED STATES Court of APPEALS for Tenth Circuit. ADMISSIB-ility of Tape Recording. "Question" Amended Motion with More Statutes AND Cases will follow shortly. 72C

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding
☐ 2 Removal from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $** 7 Million

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**    JUDGE See below    Docket Number

DATE July 21 2008    SIGNATURE OF ATTORNEY OF RECORD Rocky M. Contreras

CONTRERAS V. McKenna Docket No.: # 08CV0044 BEN (WMC)
CONTRERAS V. Brudzinski Docket No.: # 08CV1154 JLS (PoR)

CR