Rocky M. Contreras
PLAINTIFF/PETITIONER/MOVANT'S NAME

PRISON NUMBER

PLACE OF CONFINEMENT

ADDRESS

**FILED**
JUL 2 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

'08 CV 1362 DMS WMc

| | |
|---|---|
| Rocky M. Contreras , Plaintiff/Petitioner/Movant  v.  Omar Vazquez, U.S.C.G. (LT), et al. , Defendant/Respondent | Civil No. _____ (TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)  **MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS** |

I, Rocky M. Contreras declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☐ Yes ☒ No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration
    Are you employed at the institution?          ☐ Yes ☐ No
    Do you receive any payment from the institution?  ☐ Yes ☒ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   07-18-08. Last Date employed. Hrly Rate $31.25
   Collins electrical company inc. 1809 N. Helm Ave, ste. 7 Fresno, CA. 93727
   Note: This was only a two day short call.

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment ☒ Yes ☐ No
   b. Rent payments, royalties interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance ☐ Yes ☒ No
   d. Disability or workers compensation ☐ Yes ☒ No
   e. Social Security, disability or other welfare ☐ Yes ☒ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Spousal or child support ☐ Yes ☒ No
   g. Any other sources ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   I am very unemployed at present date.

4. Do you have any checking account(s)? ☒ Yes ☐ No
   a. Name(s) and address(es) of bank(s) Wells Fargo Bank, 414 W. Main St. Visalia, CA. 93291
   b. Present balance in account(s): $30.77¢

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): none
   b. Present balance in account(s): none

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?   N/A

CIV-67 (Rev. 9/97)                  -2-                  ::ODMA\PCDOCS\WORDPERFECT\22835\1