FILED
JUL 23 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Rocky M. Contreras

v.

Omar Vazquez, U.S.C.G. (LT), et al.

Civil No. '08 CV 1362 DMS WMc

REQUEST FOR APPOINTMENT OF COUNSEL UNDER THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. 2000e 5(f)(1); DECLARATION IN SUPPORT OF REQUEST

1. I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

A. my claim is meritorious (that is, I have a good case), and

B. I have made a reasonably diligent effort to obtain counsel, and

C. I am unable to find an attorney willing to represent me on terms that I can afford.

2. A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3. A. Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

_____ Yes     __x__ No

IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B AND C.

B. Do you question the correctness of the Commission's "no reasonable cause" determination?

_____ Yes  __X__ No

C. If you answered "yes" to question 3B, what are your reasons for questioning the Commission's determination? Be specific and support your objections with fact. Do not simply repeat the allegations made in your complaint; the court will review your complaint in considering this request for counsel.

The Commission is not involved

Rc

(Attach additional sheets as needed)

Rc

4. Have you talked with any attorney about handling your claim?

_____ Yes ___x___ No

If "YES," give the following information about <u>each</u> attorney with whom you talked:

Attorney: ____________________

When: ____________________

Where: ____________________

How (by telephone, in person, etc.): ____________________

Why attorney was not employed to handle your claim: ____________________

____________________

____________________

Attorney: ____________________

When: ____________________

Where: ____________________

How (by telephone, in person, etc.): ____________________

Why attorney was not employed to handle your claim:

____________________

____________________

Attorney: ____________________

When: ____________________

Where: ____________________

How (by telephone, in person, etc.): ____________________

Why attorney was not employed to handle your claim:

____________________

____________________

____________________

(Attach additional sheets as needed)

ռ

5. Explain any other efforts you have made to contact an attorney to handle your claim:

6. Give any other information which supports your application for the court to appoint an attorney for you:

I believe that the court will find that i make to much money, Note: this matter is related to Case No. 08CV0044 BEN (WMC) I am broke financially. it looks like I will have to represent myself, I will do what I have to do in order to be heard by a judge. Please Realize that I need Counsel. I need help. Please appoint me Counsel.

This MATTER AND/OR INJUSTICE has brought much Mental & EMOTIONAL PAIN & Suffering and has INTERfered with my Ability To be GAINfully employed

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose:

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

A. Employment

Are you employed now? ___ yes _x_ no ___ am self-employed

Name and address of employer:

If employed, how much do you earn per month? ______

If not employed, give month and year of last employment: 07/18/08

How much did you earn per month in your last employment? $31.25

If married, is your spouse employed? ___ yes x no

If "YES," how much does your spouse earn per month? My spouse ran out on me. I am awaiting the divorce papers.

If you are a minor under age 21, what is your parents' or guardians' approximate monthly income? ______

B. Assets

(i) Other Income

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity payments or other sources? x yes _____ no

If "YES," give the amount received and identify the sources:

| $ Received | Source |
| --- | --- |
| Note: Exhibits A thru S | |

(Attach additional sheets as necessary)

(ii) Cash

Have you any cash on hand or money in savings or checking accounts? x yes ___ no

If "YES," state total amount: $235.00

(iii) Property

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ___ yes x no

If "YES," give value and describe it:

| Value | Description |
|---|---|

C. Obligations and Debts

(i) Dependents

Your marital state is: ___ single ___ married x widowed, separated or divorced.

Your total number of dependents is : 1

List those person you actually support, your relationship to them, and your monthly contribution to their support:

| Name/Relationship | Monthly Support Payment |
|---|---|
| deborah carol johnston | $100.00 |

(ii) Debts and Monthly Bills

List all creditors, including banks, loan companies and charge accounts, etc.

| Creditor | Total Debt | Monthly Payment |
|---|---|---|
| Rent: renting room | | $225.00 |
| Mortgage on Home: None | | |

Others: Deborah C. Johnston
ex-wife alimony payments $100.00 per month

9. Signature

I declare under penalty of perjury that the above is true and correct.

Dated: July 21st, 08.

[signature]
Signature

(Notarization is not required)

| | | | | |
|---|---|---|---|---|
| | R. CONTRERAS | SSA# 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 / WEEK PAID | 07-21-07 | $307.00 |
| 25291 | CLAIM EXPIRES | 06-28-08 | 07-28-07 | $307.00 |

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $6440.00
UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING CHOICE ON EACH CLAIM FORM YOU SUBMIT.

ALLOW 10 DAYS FOR DELIVERY OF CHECK. DETACH THIS STUB FOR YOUR RECORD 19690910

| | | | | |
|---|---|---|---|---|
| | R. CONTRERAS | SSA# 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 / WEEK PAID | 09-01-07 | $307.00 |
| 24881 | CLAIM EXPIRES | 06-28-08 | 09-08-07 | $307.00 |

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $4598.00
UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING CHOICE ON EACH CLAIM FORM YOU SUBMIT.

ALLOW 10 DAYS FOR DELIVERY OF CHECK. DETACH THIS STUB FOR YOUR RECORD 20886931

| | | | | |
|---|---|---|---|---|
| | R. CONTRERAS | SSA# 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 / WEEK PAID | 09-15-07 | $307.00 |
| 24084 | CLAIM EXPIRES | 06-28-08 | 09-22-07 | $307.00 |

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $3984.00
UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING CHOICE ON EACH CLAIM FORM YOU SUBMIT.

ALLOW 10 DAYS FOR DELIVERY OF CHECK. DETACH THIS STUB FOR YOUR RECORD 21126478

| | | | | |
|---|---|---|---|---|
| | R. CONTRERAS | SSA# 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 / WEEK PAID | 09-29-07 | $307.00 |
| 14748 | CLAIM EXPIRES | 06-28-08 | 10-06-07 | $307.00 |

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $3370.00
UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING CHOICE ON EACH CLAIM FORM YOU SUBMIT.

ALLOW 10 DAYS FOR DELIVERY OF CHECK. DETACH THIS STUB FOR YOUR RECORD 21531589

EXHIBIT A



8736 R. CONTRERAS SSA# 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 / WEEK PAID 10-13-07 $307.00
CLAIM EXPIRES 06-28-08 10-20-07 $307.00

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $2756.00
UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING CHOICE ON EACH CLAIM FORM YOU SUBMIT.

ALLOW 10 DAYS FOR DELIVERY OF CHECK. DETACH THIS STUB FOR YOUR RECORD 21876282

28595 R. CONTRERAS SSA# 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 / WEEK PAID 10-27-07 $307.00
CLAIM EXPIRES 06-28-08 11-03-07 $307.00

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $2142.00
UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING CHOICE ON EACH CLAIM FORM YOU SUBMIT.

ALLOW 10 DAYS FOR DELIVERY OF CHECK. DETACH THIS STUB FOR YOUR RECORD 22235114

33393 R. CONTRERAS SSA# 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 / WEEK PAID 11-10-07 $307.00
CLAIM EXPIRES 06-28-08 11-17-07 $307.00

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $1528.00
UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING CHOICE ON EACH CLAIM FORM YOU SUBMIT.

ALLOW 10 DAYS FOR DELIVERY OF CHECK. DETACH THIS STUB FOR YOUR RECORD 22624807

28554 R. CONTRERAS SSA# 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 / WEEK PAID 11-24-07 $307.00
CLAIM EXPIRES 06-28-08 12-01-07 $307.00

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $914.00
UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING CHOICE ON EACH CLAIM FORM YOU SUBMIT.

ALLOW 10 DAYS FOR DELIVERY OF CHECK. DETACH THIS STUB FOR YOUR RECORD 23018611

EXHIBIT 13



LOCAL UNION No. 100 I.B.E.W.

*AFFILIATED WITH FRESNO, MADERA, KINGS AND TULARE COUNTIES BUILDING TRADES COUNCIL, AFL-CIO*

Phone (559) 251-8241

**1921 North Gateway, Suite 102, Fresno, California 93727**

**Introducing** **Card No** ........ **L.U. No.** ........

**Name** Rocky M. Contrares **Date:** January 4, 2008

**Street Address** 519 N. STEVENSON ST

**City** VISALIA **State** CA **Zip** 93277

**Contractor's Name** CONTRA COSTA ELECTRIC

**Worksite** SHOP **Location** -

**Day and Time** 01/04/2008 12:00:00 AM **Labor Classification** (JW) JOURNEYMAN WIREMAN

**Wage Scale** 30.35 **Travel** $10.50

Gerald Zumwalt

**(Business Manager)**

**PLEASE NOTE:**

You are required to present identification, such as a valid Driver's License and a Social Security Card, to your new employer. This is required by law to complete the I-9 form.

EXHIBIT C

01/11/2008 11:21 9252291958 PAYROLL PAGE 01/02

ROCKY M. CONTRERAS Emp# : 18964 Dept : 100 Pay Ending 01/13/2008

| Earnings | Hours | Rate | Wages | Adjustments | Amount | Deductions | This Pay | To Date |
|---|---|---|---|---|---|---|---|---|
| Regular | 2.00 | 30.350 | 60.70 | | | Gross | 60.70 | 60.70 |
| | | | | | | Federal Tax | | |
| | | | | | | SocSec | 3.76 | 3.76 |
| | | | | | | Medicare | 0.88 | 0.88 |
| | | | | | | State Tax | | |
| | | | | | | Local Tax | | |
| | | | | | | SDI | 0.49 | 0.49 |
| | | | | | | Dues | | |
| | | | | | | Vac | 7.28 | 7.28 |
| | | | | | | Misc | 0.20 | 0.20 |

7075 Net 48.09

7075

*** Non-Negotiable ***

EXHIBIT D

ROCKY M. CONTRERAS Emp# : 18964 Dept : 100 Pay Ending 01/13/2008

| Earnings | Hours | Rate | Wages | Adjustments | Amount | Deductions | This Pay | To Date |
|---|---|---|---|---|---|---|---|---|
| Regular | 32.00 | 30.350 | 971.20 | | | Gross | 1,244.38 | 1,305.08 |
| Overtime | 6.00 | 45.530 | 273.18 | | | Federal Tax | 148.82 | 148.82 |
| | | | | | | SocSec | 77.15 | 80.91 |
| | | | | Adj. to Net | 52.50 | Medicare | 18.04 | 18.92 |
| | | | | | | State Tax | 37.05 | 37.05 |
| | | | | | | Local Tax | | |
| | | | | | | SDI | 9.96 | 10.45 |
| | | | | | | Dues | | |
| | | | | | | Vac | 149.33 | 156.61 |
| | | | | | | Misc | 3.80 | 4.00 |

CHECK NO. 100879 CONTRA COSTA ELECTRIC, INC. P.O. BOX 2523, MARTINEZ, CA 94553 (925) 229-4250 Net 852.73

ROCKY M. CONTRERAS Emp# : 18964 Dept : 100 Pay Ending 01/20/2008

| Earnings | Hours | Rate | Wages | Adjustments | Amount | Deductions | This Pay | To Date |
|---|---|---|---|---|---|---|---|---|
| Regular | 22.50 | 30.350 | 682.88 | | | Gross | 865.00 | 2,170.08 |
| Overtime | 4.00 | 45.530 | 182.12 | | | Federal Tax | 91.91 | 240.73 |
| | | | | | | SocSec | 53.63 | 134.54 |
| | | | | Adj. to Net | 42.00 | Medicare | 12.54 | 31.46 |
| | | | | | | State Tax | 17.35 | 54.40 |
| | | | | | | Local Tax | | |
| | | | | | | SDI | 6.92 | 17.37 |
| | | | | | | Dues | | |
| | | | | | | Vac | 103.80 | 260.41 |
| | | | | | | Misc | 2.65 | 6.65 |

CHECK NO. 101445 CONTRA COSTA ELECTRIC, INC. P.O. BOX 2523, MARTINEZ, CA 94553 (925) 229-4250 Net 618.20

EXHIBIT F

ROCKY M. CONTRERAS Emp# : 18964 Dept : 100 Pay Ending 01/27/2008

| Earnings | Hours | Rate | Wages | Adjustments | Amount | Deductions | This Pay | To Date |
|---|---|---|---|---|---|---|---|---|
| Regular | 32.00 | 30.350 | 971.20 | | | Gross | 1,335.44 | 3,505.52 |
| Overtime | 8.00 | 45.530 | 364.24 | | | Federal Tax | 162.48 | 403.21 |
| | | | | | | SocSec | 82.80 | 217.34 |
| | | | | Adj. to Net | 42.00 | Medicare | 19.36 | 50.82 |
| | | | | | | State Tax | 42.52 | 96.92 |
| | | | | | | Local Tax | | |
| | | | | | | SDI | 10.68 | 28.05 |
| | | | | | | Dues | | |
| | | | | | | Vac | 160.25 | 420.66 |
| | | | | | | Misc | 4.00 | 10.65 |

**CHECK NO.** 102016 **CONTRA COSTA ELECTRIC, INC. P.O. BOX 2523, MARTINEZ, CA 94553 (925) 229-4250** Net 895.35

ROCKY M. CONTRERAS Emp# : 18964 Dept : 100 Pay Ending 02/03/2008

| Earnings | Hours | Rate | Wages | Adjustments | Amount | Deductions | This Pay | To Date |
|---|---|---|---|---|---|---|---|---|
| Regular | 26.00 | 30.350 | 789.11 | | | Gross | 1,062.29 | 4,567.81 |
| Overtime | 6.00 | 45.530 | 273.18 | | | Federal Tax | 121.51 | 524.72 |
| | | | | | | SocSec | 65.86 | 283.20 |
| | | | | Adj. to Net | 42.00 | Medicare | 15.40 | 66.22 |
| | | | | | | State Tax | 26.13 | 123.05 |
| | | | | | | Local Tax | | |
| | | | | | | SDI | 8.50 | 36.55 |
| | | | | | | Dues | | |
| | | | | | | Vac | 127.47 | 548.13 |
| | | | | | | Misc | 3.20 | 13.85 |

**CHECK NO.** 102622 **CONTRA COSTA ELECTRIC, INC. P.O. BOX 2523, MARTINEZ, CA 94553 (925) 229-4250** Net 736.22

EXHIBIT F



Contra Costa Electric, Inc.
4690 E. Carmen Ave.
Fresno, CA 93703
Ph: 559.252.1114 • Fax: 559.252.1177

Rocky Contreras,

    I would like to individually thank you for all your hard work here at the Pixley Ethanol Plant. Your dedication, quality and craftsmanship have not gone unnoticed. Your efforts and focus on safety is greatly appreciated

    Please accept this gift card for all you have done.


Thank You,


Matt Furrer
Project Manager
Contra Costa Electric


EXHIBIT G



LOCAL UNION No. 100 I.B.E.W.

*AFFILIATED WITH FRESNO, MADERA, KINGS AND TULARE COUNTIES BUILDING TRADES COUNCIL, AFL-CIO*

**Phone (559) 251-8241**

**1921 North Gateway, Suite 102, Fresno, California 93727**

**Introducing** **Card No** **L.U. No.**

**Name** Rocky M. Contreras **Date:** February 12, 2008

**Street Address** 519 N. STEVENSON ST

**City** VISALIA **State** CA **Zip** 93277

**Contractor's Name** HOWE ELECTRIC

**Worksite** SHOP **Location** -

**Day and Time** 2/13/2008 7:00:00 AM **Labor Classification**(JW) JOURNEYMAN WIREMAN

**Wage Scale** 30.35 **Travel** $

Gerald Zumwalt
**(Business Manager)**

**PLEASE NOTE:**
You are required to present identification, such as a valid Driver's License and a Social Security Card, to your new employer. This is required by law to complete the I-9 form.

EXHIBIT H

HOWE Electric, Inc.
4682 E. OLIVE AVENUE, FRESNO, CALIFORNIA 93702-1636

**082197**

| HOURS REGULAR | HOURS OVERTIME | RATE | EARNINGS REGULAR | EARNINGS OVERTIME | OTHER PAY BASIS | OTHER PAY RATE | OTHER PAY AMOUNT | OTHER PAY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 2.00 | | 30.35 | 60.70 | | 1.00 | 20.00 | 20.00 | DGSCRN |

PAY PERIOD: 2-07-08 to 2-13-08

CHECK NO.: No. 82197

TOTAL GROSS: 60.70

DEDUCTIONS THIS PERIOD

MED .88 SOC 3.76 CASDI .49 LMCC .20 VAC 7.28

TOTAL DEDUCTIONS: 12.61

| EMPLOYEE INFORMATION | YEAR - TO - DATE TOTALS | | |
|---|---|---|---|
| ROCKY MEL CONTRERAS | GROSS 60.70 | FICA 4.64 | SDI .49 |
| 4342 | FWH .00 | SWH .00 | |

NET PAY: 68.09

HOWE Electric, Inc.
4682 E. OLIVE AVENUE, FRESNO, CALIFORNIA 93702-1636

**082419**

| HOURS REGULAR | HOURS OVERTIME | RATE | EARNINGS REGULAR | EARNINGS OVERTIME | OTHER PAY BASIS | OTHER PAY RATE | OTHER PAY AMOUNT | OTHER PAY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 32.00 | | 30.35 | 971.20 | | | | | |

PAY PERIOD: 2-14-08 to 2-20-08

CHECK NO.: No. 82419

TOTAL GROSS: 971.20

DEDUCTIONS THIS PERIOD

FWH 87.46 MED 14.08 SOC 60.22 CASDI 7.77 CASWH 14.75
LMCC 3.20 VAC 116.54

TOTAL DEDUCTIONS: 304.02

| EMPLOYEE INFORMATION | YEAR - TO - DATE TOTALS | | |
|---|---|---|---|
| ROCKY MEL CONTRERAS | GROSS 1031.90 | FICA 78.94 | SDI 8.26 |
| 4342 | FWH 87.46 | SWH 14.75 | |

NET PAY: 667.18

EXHIBIT I

HOWE Electric, Inc.
4682 E. OLIVE AVENUE, FRESNO, CALIFORNIA 93702-1636

084165

| HOURS REGULAR | HOURS OVERTIME | RATE | EARNINGS REGULAR | EARNINGS OVERTIME | OTHER PAY BASIS | OTHER PAY RATE | OTHER PAY AMOUNT | OTHER PAY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 26.00 | | 30.35 | 789.10 | | 3.00 | 10.50 | 31.50 | SUB |
| | | | | | 1.00 | 25.00 | 25.00 | DGSCRN |

PAY PERIOD: 4-10-08 to 4-16-08

CHECK NO. No. 84165

TOTAL GROSS: 789.10

DEDUCTIONS THIS PERIOD

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| FWH | 60.14 | MED | 11.44 | SOC | 48.93 | CASDI | 6.31 | CASWH | 7.46 |
| LMCC | 2.60 | VAC | 94.69 | | | | | | |

TOTAL DEDUCTIONS: 231.57

EMPLOYEE INFORMATION / YEAR-TO-DATE TOTALS

| | | | | | |
|---|---|---|---|---|---|
| ROCKY MEL CONTRERAS | GROSS | 4203.48 FICA | 321.57 SDI | 33.63 | |
| 4342 | FWH | 388.53 SWH | 72.25 | | |

NET PAY: 614.03

HOWE Electric, Inc.
4682 E. OLIVE AVENUE, FRESNO, CALIFORNIA 93702-1636

084357

| HOURS REGULAR | HOURS OVERTIME | RATE | EARNINGS REGULAR | EARNINGS OVERTIME | OTHER PAY BASIS | OTHER PAY RATE | OTHER PAY AMOUNT | OTHER PAY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 40.00 | | 30.35 | 1214.00 | | 5.00 | 10.50 | 52.50 | SUB |

PAY PERIOD: 4-17-08 to 4-23-08

CHECK NO. No. 84357

TOTAL GROSS: 1214.00

DEDUCTIONS THIS PERIOD

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| FWH | 144.07 | MED | 17.60 | SOC | 75.26 | CASDI | 9.71 | CASWH | 34.06 |
| LMCC | 4.00 | VAC | 145.68 | | | | | | |

TOTAL DEDUCTIONS: 430.38

EMPLOYEE INFORMATION / YEAR-TO-DATE TOTALS

| | | | | |
|---|---|---|---|---|
| ROCKY MEL CONTRERAS | GROSS | 5417.48 FICA | 414.43 SDI | 43.34 |
| 4342 | FWH | 532.60 SWH | 106.31 | |

NET PAY: 836.12

EXHIBIT I

HOWE Electric, Inc.
4682 E. OLIVE AVENUE, FRESNO, CALIFORNIA 93702-1636

**082651**

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | |
|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION |
| 40.00 | | 30.35 | 1214.00 | | | | | |

PAY PERIOD: 2-21-08 to 2-27-08

CHECK NO. No. 82651

TOTAL GROSS: 1214.00

DEDUCTIONS THIS PERIOD

FWH 123.88 MED 17.61 SOC 75.27 CASDI 9.71 CASWH 26.39
LMCC 4.00 VAC 145.68

TOTAL DEDUCTIONS: 402.54

EMPLOYEE INFORMATION / YEAR - TO - DATE TOTALS

ROCKY MEL CONTRERAS GROSS 2245.90 FICA 171.82 SDI 17.97
4342 FWH 211.34 SWH 41.14

NET PAY: 811.46

HOWE Electric, Inc.
4682 E. OLIVE AVENUE, FRESNO, CALIFORNIA 93702-1636

**082869**

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | |
|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION |
| 38.50 | | 30.35 | 1168.48 | | | | | |

PAY PERIOD: 2-28-08 to 3-05-08

CHECK NO. No. 82869

TOTAL GROSS: 1168.48

DEDUCTIONS THIS PERIOD

FWH 117.05 MED 16.94 SOC 72.44 CASDI 9.35 CASWH 23.65
LMCC 3.85 VAC 140.22

TOTAL DEDUCTIONS: 383.50

EMPLOYEE INFORMATION / YEAR - TO - DATE TOTALS

ROCKY MEL CONTRERAS GROSS 3414.38 FICA 261.20 SDI 27.32
4342 FWH 328.39 SWH 64.79

NET PAY: 784.98

EXHIBIT K

HOWE Electric, Inc.
4682 E. OLIVE AVENUE, FRESNO, CALIFORNIA 93702-1636

084358

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | |
|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION |
| 16.00 | | 30.35 | 485.60 | | 2.00 | 10.50 | 21.00 | SUB |

PAY PERIOD
4-24-08 to
4-25-08

CHECK NO.
No. 84358

TOTAL GROSS
485.60

DEDUCTIONS THIS PERIOD

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| FWH | 34.81 | MED | 7.04 | SOC | 30.11 | CASDI | 3.88 | CASWH | 5.73 |
| LMCC | 1.60 | VAC | 58.27 | | | | | | |

TOTAL DEDUCTIONS
141.44

EMPLOYEE INFORMATION

RCCKY MEL CONTRERAS
4342

YEAR - TO - DATE TOTALS

| | | | | | |
|---|---|---|---|---|---|
| GROSS | 5903.08 | FICA | 451.58 | SDI | 47.22 |
| FWH | 567.41 | SWH | 112.04 | | |

NET PAY
365.16

EXHIBIT L

EXHIBIT M