# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Judge Dana M Sabraw
FROM: J. Hinkle, Deputy Clerk           RECEIVED DATE: 7/25/08
CASE NO.: 08cv1362-DMS-WMC   DOCUMENT FILED BY: Rocky Contreras
CASE TITLE: Contreras v Vazquez et al
DOCUMENT ENTITLED: Evidence contained on a CD to be added to complaint

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| X | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☐ | | OTHER: |

Date forwarded: 7/29/08

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: *Judge Benitez*

Dated: 09/03/08   By: _____
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

Rocky M. Contreras
519 S. Stevenson St. Apt#C
Visalia, California 93277



dated: July 23rd, 2008.

Dear clerk, of the United States District Court,
880 Front Street, Ste# 4290
San Diego, California. 92101-8900

Hello, I just wanted to send some evidence to the court related to Case name Contreras v. Vazquez due to suspicious activity which I've noticed on my block. Note: the evidence is a CD recording of a violation of my right of due process of law for an Official Judicial Coast Guard Proceeding.. Please put it with my complaint, please, thank you

P.s

two copies of the same violation are on its way to the higher court.

Thank you so very much
sincerely yours,


X ~~Rocky M. Contreras~~
      Rocky M. Contreras - Plaintiff,